## UNITED STATES DISTRICT COURT FOR THE
## DISTRICT OF NEW HAMPSHIRE

<u>United States of America</u>

        v.                         Case No.  06-cr-42-01-SM

<u>Thomas Lavery</u>

## O R D E R

Defendant Lavery's motion to continue the final pretrial conference and trial is granted  (document 16).   Trial has been rescheduled for the November 2006 trial period.   Defendant Lavery shall file a waiver of speedy trial rights not later than August 25, 2006.   On the filing of such waiver, his continuance shall be effective.

The Court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(8)(B)(iv), in that failure to grant a continuance would unreasonably deny defendant the reasonable time necessary for effective preparation taking into account the exercise of due diligence under the circumstances.

**Final Pretrial Conference/Change of Plea:** October 30, 2006 at 1:30 p.m.

**Jury Selection**:  November 7, 2006 at 9:30 a.m.

SO ORDERED.


Steven J. McAuliffe
Chief Judge

August  22, 2006

cc:   Lawrence A. Vogelman, Esq.
      Mark Irish, AUSA
      US Probation
      US Marshal